IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00001-GPG-STV

NATIONAL ASSOCIATION FOR GUN RIGHTS
CHRISTOPHER JAMES HIESTAND RICHARDSON
MAX EDWIN SCHLOSSER
JOHN MARK HOWARD, and
ROCKY MOUNTAIN GUN OWNERS,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## UNOPPOSED MOTION TO VACATE JANUARY 30, 2024, STATUS CONFERENCE

Defendant, Jared S. Polis, in his official capacity, moves the Court to vacate and reset the status conference currently set for January 30, 2024. As grounds for his motion, Defendant states as follows:

As required by D.C.LocalCiv.R. 7.1, counsel for Defendant conferred with Plaintiffs' counsel concerning the relief requested in the motion. Plaintiffs do not oppose the requested relief.

1.    Plaintiffs challenge the constitutionality of C.R.S. §18-12-111.5, a Colorado statute requiring anyone possessing an unfinished firearms frame or receiver to have a firearms licensee stamp the frame or receiver with an identifying serial number. Plaintiff filed their complaint on January 1, 2024, the day the legislation became effective [Doc.1]. On January 15, 2024, Plaintiffs filed a Motion for Temporary Injunction [Doc. 8].

1

2. On January 18, 2024, the parties met with the Court to discuss scheduling matters. Judge Gallagher advised the parties that he would set a date for a hearing on Plaintiffs' Motion for Temporary Injunction at a status conference to be held January 30, 2024.

3. The issues raised in Plaintiffs' Motion for Preliminary Injunction require testimony by multiple experts. Defendant has been unable to contact and coordinate the necessary experts in the 10 days since Plaintiffs filed their motion. Defendant requires an additional week, up through February 6, 2024, to make arrangements for expert testimony on the issues Plaintiffs raise.

4. Defendant requests that the Court vacate the January 30, 2024, status conference and reset the conference after February 6, 2024.

Respectfully submitted this 25th day of January, 2024,

        PHILIP J. WEISER
        Attorney General

        */s/ Kathleen L. Spalding*
        Kathleen L. Spalding, Reg. No. 11886*
        Senior Assistant Attorney General
        Patrick L. Sayas, Reg. No. 29672*
        Senior Assistant Attorney General
        Cross-Litigation Unit | Civil Litigation Section
        Colorado Attorney General's Office
        1300 Broadway, 10th Floor
        Denver, CO 80203
        Telephone: 720.508.6634
                    720-508-6633

Email: kit.spalding@coag.gov
Pat.Sayas@coag.gov
*Attorneys for Defendant Jared S. Polis, in his official capacity as the Governor of the State of Colorado*
*Counsel of Record