IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | March 7, 2024 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Erin Valenti |

| | |
|---|---|
| Civil Action No. **1:24-cv-00001-GPG-STV** | Counsel: |
| NATIONAL ASSOCIATION FOR GUN RIGHTS, CHRISTOPHER JAMES HIESTAND RICHARDSON, MAX EDWIN SCHLOSSER, JOHN MARK HOWARD, ROCKY MOUNTAIN GUN OWNERS, | Barry Kevin Arrington |
| Plaintiff, | |
| v. | |
| JARED S. POLIS, | Kathleen L. Spalding |
| Defendants. | |

## COURTROOM MINUTES

**VIDEO STATUS CONFERENCE**

**9:58 a.m.**    **Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion regarding length of trial, appearance of witnesses, counsel appearing via VTC, exhibits, any potential motions, and sequestration of witnesses.

**ORDERED:** that all witnesses can appear remotely via VTC and all witnesses will need a copy of the joint consecutively numbered exhibits in physical and electronic form.

**ORDERED:** that counsel shall appear in person for the hearing to be held in Courtroom C202 in the Byron Rogers Building in Denver, CO.

**ORDERED:** that the hearing on Monday March 18, 2024, is VACATED.

**10:12 a.m.     Court in recess. Hearing concluded.**

Total time in court: 00:14 Minutes