## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 24-cv-00001-STV**

NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHRISTOPHER JAMES HIESTAND RICHARDSON,
MAX EDWIN SCHLOSSER,
JOHN MARK HOWARD, and
ROCKY MOUNTAIN GUN OWNERS,

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

     Defendant.

---

### DECLARATION OF JOSEPH GREENLEE

---

     Pursuant to 28 U.S.C. § 1746, I, Joseph Greenlee, declare under penalty of perjury that the following is true and correct:

     1.     Plaintiffs have asked me to prepare an expert declaration for disclosure under FRCP 26(a)(2)(B), addressing the historical tradition of privately made firearms in America.

     2.     This Declaration is based on my personal knowledge and experience. I could and would testify competently to the truth of the matters discussed in this Declaration if called to testify as a witness in this case.

1

**Background and Qualifications**

3.        I operate Greenlee Law, PLLC, in McCall, Idaho, where I focus on practicing law as well as conducting historical research related to the American tradition of arms use and regulation. I have been a Policy Advisor for Legal Affairs at the Heartland Institute since 2019 and a Research Associate in Constitutional Law at the Independence Institute since 2023. From 2019 to 2022, I was the Director of Constitutional Studies at the Firearms Policy Coalition. And I held the same title at the FPC Action Foundation from 2021 to 2023. A substantial portion of my work at both the Firearms Policy Coalition and the FPC Action Foundation involved researching and writing about the American tradition of arms use and regulation.

4.        I have published 14 scholarly research articles in the field of Second Amendment law, including 9 articles that focus on the historical use and regulation of arms in America. An additional article, about the historical use and regulation of armor in America, will be submitted to law reviews for consideration this week. All the publications I have authored in the last 10 years are listed in Exhibit A.

5.        My historical research about the use and regulation of arms in America has been cited in roughly 90 court opinions, including by the United States Supreme Court in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1, 30 (2022), as well as the highest courts of three States and Puerto Rico, six federal circuit courts of appeals, and 31 federal district courts. Dozens of these opinions upheld firearm restrictions.

6.        My historical research about the tradition of privately made firearms in America was cited by the majority opinion in *VanDerStok v. Garland*, 23-10718, at 7, 22 (5th Cir. Nov. 09, 2023), as well as the concurring opinion, *id.* at 32 (Oldham, J., concurring).

2

7.      I have taught Continuing Legal Education courses about firearms law in Colorado, Virginia, Texas, and Maine.

8.      In the past four years, I have testified by declaration in *Palmer v. Sisolak*, 3:21-cv-00268-MMD-CSD (D. Nev.), about the historical tradition of privately made firearms. I have not been deposed nor testified in court.

9.      I have been retained by Plaintiffs to render expert opinions in this case. I am being compensated at an hourly rate of $400 for preparing this Declaration, providing expert testimony, and travel. My compensation is not contingent on the results of my analysis or the substance of any testimony.

10.     My opinions expressed in this Declaration are based on my expertise, research, and experiences involving the traditional regulations and uses of the right to keep and bear arms in American history.

**Summary of Opinions**

**I.      Americans have been building privately made firearms since the colonial era.**

11.     My research confirms that firearms were essential to daily life in colonial America. Firearms were needed for food, self-defense, community defense, and conquest.[1] Consequently, there was a strong emphasis on increasing the number of arms in colonial America, and the knowledge and ability to produce arms was encouraged. Knowledge of building firearms started in the colonies with gunsmiths, who were extremely important and

---

[1] 1 CHARLES WINTHROP SAWYER, FIREARMS IN AMERICAN HISTORY 1 (1910) ("Everywhere the gun was more abundant than the tool. It furnished daily food; it maintained its owner's claims to the possession of his homestead among the aboriginal owners of the soil; it helped to win the mother country's wars for possession of the country as a whole.").

highly valued in their communities. "From the earliest periods American gunsmiths had made and repaired military firearms."[2]

12.    The historical record further reflects that gunsmiths and armorers appeared along with new English settlements.[3] "It is possible that English blacksmith James Read repaired firearms at Jamestown in 1607 though no concrete evidence supports that contention."[4] More certainly, there was an armorer in Plymouth Colony by 1621,[5] a gunsmith in the Massachusetts Bay Colony by 1630,[6] gunsmiths in Maryland by 1631[7]—a year before it was chartered—and an armorer in New Haven by 1640.[8] In colonial Virginia, "the importance of gunsmithing" was evidenced by the fact that "[g]unsmiths were found nearly everywhere: in port towns along the coast, in settled inland areas, and—probably the busiest ones—on the frontier."[9]

13.    Firearms historian Charles Winthrop Sawyer explained that "[i]n the large gunsmith shops of the cities it is probable that many minds were given to the making of a gun," but "in the smaller shops which formed the great majority—mere cabins on the outskirts of the wilderness—one man with or without an apprentice did every part of the work."[10] The

---

[2] HAROLD L. PETERSON, ARMS AND ARMOR IN COLONIAL AMERICA 178 (1956).

[3] An "armorer" was "A maker of armor or arms; a manufacturer of instruments of war." 1 NOAH WEBSTER, AMERICAN DICTIONARY OF THE ENGLISH LANGUAGE (1828) (unpaginated).

[4] M. L. BROWN, FIREARMS IN COLONIAL AMERICA: THE IMPACT ON HISTORY AND TECHNOLOGY, 1492–1792, at 149 (1980).

[5] *Id.*

[6] *Id.*

[7] *Id.* at 150.

[8] *Id.*

[9] HAROLD B. GILL, JR., THE GUNSMITH IN COLONIAL VIRGINIA 1 (1974).

[10] 1 SAWYER, FIREARMS IN AMERICAN HISTORY, *supra* note 1, at 145.

gunsmiths who built their arms entirely themselves did not always achieve perfection, but their arms were adequate to serve the frontiers:

> Those lone, isolated workers were men of wonderful resource; poor, and without machinery, they not only made guns but also the tools with which to do their work. They were ignorant of science, and they cared nothing for cause, but they were skilful [sic] in effect. They could not calculate in advance the chamber pressure in foot-tons, the velocity of the bullet, bearing surface, friction, trajectory, flip, drift, penetration, and work in accord with the calculations; they did not bore their barrels correct to the five thousandth part of an inch; they could not cut all the grooves of exactly the same width and depth; but after the gun was done they adjusted the bullet, the powder, and the sights until the rifle would shoot into the bull's-eye at a measured distance—perhaps a two-inch bull's-eye at eight rods would do for the average, some would better it.[11]

14. According to another firearms historian, J.F. Hayward, "[t]he gun makers who turned out Kentucky rifles . . . were capable of producing the whole gun, working, that is, in iron, brass and wood."[12] But he notes that "[a]fter the Revolutionary War the chances were that the lock of a Kentucky would have been imported from England, while the barrel would have been purchased from a specialist barrel-smith."[13]

15. Throughout the colonial era, gunsmiths proliferated throughout the colonies wherever there were people. "The number of gunsmiths active in North America dramatically escalated with the inordinate population explosion during the first quarter of the eighteenth

---

[11] *Id.* at 145–46; *see also* HENRY J. KAUFFMAN, EARLY AMERICAN IRONWARE: CAST AND WROUGHT 111–13 (1956) ("It is known that, at times, a gun was made by a number of craftsmen; and that at other times, a complete gun was made by one man. It is also apparent that much forge work was required to forge and weld a gun barrel, to forge and fit the lock parts, and to forge iron mountings such as the trigger guard, the butt plates and other small parts."); JAMES B. WHISKER, THE GUNSMITH'S TRADE 5 (1992) ("In small shops one tradesman performed all operations required to make a gun. . . . There was no division of labor.").

[12] 2 J.F. HAYWARD, THE ART OF THE GUNMAKER 273 (1963).

[13] *Id.*

century."[14] In total, it is estimated that more than 4,000 gunsmiths and armorers operated in colonial America.[15] Thus, "the evidence is clear that gunsmiths were *very* common in Colonial, Revolutionary, and Early Republic America."[16]

16.     The significant number of gunsmiths throughout the colonies reflected the colonists' widespread dependence on firearms manufacturing and repair. Indeed, "[t]he influence of the gunsmith and the production of firearms on nearly every aspect of colonial endeavor in North America cannot be overstated[.]"[17]

17.     Professor DeLay emphasizes the difference between gunsmiths who made firearms "from scratch" and those who made firearms "with a mix of self-made components and imported locks and/or barrels."[18] The difference is immaterial—both categories of gunsmiths "made" firearms. Historical and modern dictionaries both make this clear. In 1773, Samuel Johnson defined "Make" as both "To create" and "To form of materials."[19] In 1828, Noah Webster defined "MAKE" as both "To form of materials; to fashion; to mold into shape; to cause to exist in a different form, or as a distinct thing" and "To create; to cause to exist; to form from nothing."[20] Today, *Random House Webster*'s defines "make" as "to bring into

---

[14] BROWN, FIREARMS IN COLONIAL AMERICA, *supra* note 4, at 242.

[15] WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 74.

[16] CLAYTON E. CRAMER, LOCK, STOCK, AND BARREL: THE ORIGINS OF AMERICAN GUN CULTURE 30 (2018).

[17] BROWN, FIREARMS IN COLONIAL AMERICA, *supra* note 4, at 149. Brown adds that the gunsmiths' "pervasive influence continuously escalated following the colonial era." *Id.*

[18] Resp. Appx., DeLay Dec., pp. 024–30, ¶¶ 39–47.

[19] 1 SAMUEL JOHNSON, DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 1773) (unpaginated).

[20] 2 WEBSTER, AMERICAN DICTIONARY OF THE ENGLISH LANGUAGE, *supra* note 3.

existence by shaping, changing, or combining material" and "to put together; form." [21] And *Merriam-Webster*'s defines "make" as "to bring into being by forming, shaping, or altering material" and "to put together from components."[22] Thus, all gunsmiths who made firearms—whether from scratch or with imported parts—contributed to the American tradition of privately made firearms.

18.     As for ammunition, the record indicates that homemade gunpowder was the only gunpowder produced in America until the first powder mill appeared in 1666.[23] Additionally, "[l]ike gunpowder manufacture, casting bullets was a common household enterprise" in colonial America.[24]

## II.     Americans depended on privately made arms during the Revolutionary War after Britain imposed a ban on the importation of arms.

19.     In discussing the Revolutionary War, Professor DeLay alludes to the perilous arms shortage that confronted the Americans and—without discussing the cause of the shortage—asserts that the argument that the Americans relied on "domestic production" to address the shortage is "surprising because it is at odds with what most professional historians know about the war."[25] Rather, he says, the Americans were saved by "massive imports of firearms."[26] Professor DeLay elides the fact that the shortage was so dire because the British prohibited the importation of arms into the colonies. Without the ability to import large

---

[21] RANDOM HOUSE WEBSTER'S COLLEGIATE DICTIONARY 820 (1995).

[22] MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY 702 (10th ed. 1996).

[23] BROWN, FIREARMS IN COLONIAL AMERICA, *supra* note 4, at 127.

[24] *Id.* at 128.

[25] Resp. Appx., DeLay Dec., p. 033, ¶ 53.

[26] *Id.*

7

quantities of arms, the colonists had no choice but to rely on domestic production until they figured out how to circumvent the embargo.

20.     As tensions increased between Great Britain and its North American colonies, Britain attempted to cutoff the colonists' ability to acquire arms. Before imposing the embargo on arms imports, the British began seizing control of powder houses, either confiscating the colonists' powder or preventing them from accessing it.[27] One of the most controversial events leading up to the war occurred on September 1, 1774, when Massachusetts's Royal Governor Thomas Gage "sent a Party of Two hundred men" to the Charlestown powder house,[28] where they seized "two hundred and fifty half barrels of powder, the whole store there."[29] False rumors that British soldiers had shot Americans while seizing the gunpowder set off the "Powder Alarm" throughout New England. The colonists took up arms to confront the British, and in the process, provided a glimpse into the commonality of homemade arms-making. A gentleman from Litchfield, Connecticut, wrote about the incident:

> all along were armed men rushing forward, some on foot, some on horseback; at every house women and children making cartridges,

---

[27] Boston Merchant John Andrews wrote on July 22, 1774, that Massachusetts's Royal Governor "order'd the Keeper of the Province's Magazine not to deliver a kernel of powder (without his express order) of either public or private property." LETTERS OF JOHN ANDREWS, ESQ., OF BOSTON, 1772–1776, at 19 (Winthrop Sargent ed., 1866). On September 2, Andrews reported that "A Guard of Soldiers is set upon the Powder house at the back of ye. Common, so that people are debar'd from selling their own property." Id. at 39. On September 21, Andrews added that "it's now five or six weeks since the Governor has allow'd any [powder] to be taken out of the magazine here, whereby for some weeks there has not been a pound to be sold or bought in town." Id. at 52. On November 2, 1774, Governor Gage explained to his superior in London his "order to the Storekeeper not to deliver out any Powder from the Magazine, where the Merchants deposite it," as well as his decision to "remov[e] the Ammunition from the Provincial Arsenal at Cambridge." Letter from Thomas Gage to Earl of Dartmouth (Nov. 2, 1774), in 1 AMERICAN ARCHIVES, ser. 4, 951 (Peter Force ed., 1843).

[28] Rowe, LETTERS AND DIARY OF JOHN ROWE, supra note 27, at 283–84.

[29] 1 AMERICAN ARCHIVES, ser. 4, supra note 27, at 762.

> running bullets, making wallets, baking biscuit, crying and
> bemoaning, and at the same time animating their husbands and
> sons to fight for their liberties[.][30]

The Revolutionary War began on April 19, 1775, when Governor Gage dispatched soldiers to Concord to "seize and destroy all artillery, ammunition, provisions, tents, small arms, and all military stores whatever."[31] Some of the Americans who confronted the British soldiers in Lexington "had brought along a handful of homemade musket balls."[32]

21.     On October 19, 1774, King George issued the first order barring the importation of arms and ammunition into America.[33] Lord Dartmouth, as Secretary of State, wrote that day "to the Governors in America," notifying them of "His Majesty's Command that [the governors] do take the most effectual measures for arresting, detaining and securing any Gunpowder, or any sort of arms or ammunition, which may be attempted to be imported into the Province under your Government."[34] The ban on imports initially applied for six months,

---

[30] Charles Clark, *The 18th Century Diary of Ezra Stiles*, 208 N. AM. REV. 410, 419 (Sept. 1918). Another provocative gunpowder confiscation effort occurred on the evening of April 20, 1775, when Virginia's Governor, Lord Dunmore, had the gunpowder confiscated from the magazine in Williamsburg, Virginia. The response was so fierce that it ultimately ended royal control of the colony. *See* BROWN, FIREARMS IN COLONIAL AMERICA, *supra* note 4, at 298; O.W. Stephenson, *The Supply of Gunpowder in 1776*, 30 AM. HIST. REV. 271, 272 (1925).

[31] Letter from Gov. Gage to Lieut. Col. Smith (Apr. 18, 1775), *in* ARTHUR TOURTELLOT, LEXINGTON AND CONCORD: THE BEGINNING OF THE WAR OF THE AMERICAN REVOLUTION 103 (1959).

[32] DAVID HARSANYI, FIRST FREEDOM: A RIDE THROUGH AMERICA'S ENDURING HISTORY WITH THE GUN 43 (2018).

[33] 5 ACTS OF THE PRIVY COUNCIL OF ENGLAND, COLONIAL SERIES, A.D. 1766–1783, at 401 (2005) (James Munro & Almeric Fitzroy eds., 1912).

[34] Letter from Earl of Dartmouth to the Governors in America (Oct. 19, 1774), *in* 8 DOCUMENTS RELATIVE TO THE COLONIAL HISTORY OF THE STATE OF NEW YORK 509 (1857).

but was continuously renewed throughout the war.[35] "Orders" were soon "given for the seizing every Ship, of what Nation soever, employed in conveying Arms or Ammunition to the Americans."[36]

22.     In addition to banning arms imports and confiscating arms, "the British" previously "prohibited any large-scale manufacturing facility for guns in the colonies."[37] And prior to May 1775, there may have been only one powder mill in operation.[38]

23.     The resulting arms shortage crippled the Americans leading up to the Revolutionary War and during its early stages. On July 10, 1775, General George Washington complained, "We are so exceedingly destitute [of gunpowder], that our artillery will be of little use. . . . What we have must be reserved for the small arms, and that managed with the utmost frugality."[39] The following month, Brigadier General John Sullivan informed the Continental Congress that "we have not powder Enough in the whole army to furnish half a pound a

---

[35] *See* David B. Kopel, *How the British Gun Control Program Precipitated the American Revolution*, 6 CHARLESTON L. REV. 283, 297 (2012).

[36] PROVIDENCE GAZETTE, Jan. 14, 1775, *reprinted in* 1 NAVAL DOCUMENTS OF THE AMERICAN REVOLUTION 62 (William Bell Clark ed., 1964); *see also* 1 FRANK MOORE, DIARY OF THE AMERICAN REVOLUTION 61 (1860) (entry of Apr. 4, 1775) (explaining that the British deployed in the Atlantic "several capital ships of war, and six cutters . . . to obstruct the American trade, and prevent all European goods from going there, particularly arms and ammunition."); STEPHEN P. HALBROOK, THE FOUNDERS' SECOND AMENDMENT 64 (2008) (discussing a "letter from Bristol" explaining that "several frigates" were "to be stationed" in America "in order to cruise along the coasts, to prevent any ammunition or arms being sent to the Americans by any foreign power").

[37] HARSANYI, FIRST FREEDOM, *supra* note 30, at 68.

[38] David L. Salay, *The Production of Gunpowder in Pennsylvania During the American Revolution*, 99 PENN. MAG. HIST. & BIOGRAPHY 422, 423 (Oct. 1975).

[39] Letter from General Washington to the President of Congress (July 10, 1775), *in* 3 THE WRITINGS OF GEORGE WASHINGTON; BEING HIS CORRESPONDENCE, ADDRESSES, MESSAGES, AND OTHER PAPERS, OFFICIAL AND PRIVATE 22 (Jared Sparks ed., 1833).

man."[40] Sullivan added that Washington "was so struck" by the shortage "that he did not utter a word for half an hour."[41] Washington warned about the "melancholy situation" later that month, declaring that "the existence of the army, and the salvation of the Country, depends upon something being done" to acquire gunpowder.[42] Washington continued to worry over the winter, complaining on December 25, 1775, that "[o]ur want of powder is inconceivable," and lamenting on January 14, 1776, that the army was operating "without any money in our treasury, powder in our magazines, arms in our stores."[43] Concern over the arms shortages was widespread and widely recognized as threatening the Americans' hopes for independence. Indeed, "[t]he writings of civil and military leaders of the time are crowded with expressions bewailing the scarcity of powder; and many a military movement was either not attempted or was abandoned because of this lack."[44] While John Adams referred to gunpowder as "the *Unum Necessarium*," or the one necessity, the firearms shortage was also perilous. Joseph Hewes, who represented North Carolina in the Continental Congress and signed the Declaration of Independence,[45] complained on November 9, 1775, that:

> Arms and Ammunition . . . are very scarce throughout all the Colonies. I find on enquiry that neither can be got here, all the Gunsmiths in this Province are engaged and cannot make Arms

---

[40] Letter from General Sullivan to the Committee of Safety (Aug. 5, 1775), *in* 7 DOCUMENTS AND RECORDS RELATING TO THE PROVINCE OF NEW-HAMPSHIRE, FROM 1764 TO 1776, at 572 (Nathaniel Bouton ed., 1873).

[41] *Id.*

[42] 1 GEORGE WASHINGTON, THE LIFE OF GENERAL WASHINGTON 142 (Charles W. Upham ed., 1851).

[43] Letter from George Washington to Joseph Reed (Jan 14, 1776), *in* 4 THE WRITINGS OF GEORGE WASHINGTON, *supra* note 39, at 241.

[44] Stephenson, *The Supply of Gunpowder in 1776*, *supra* note 30, at 280.

[45] SANDERSON'S BIOGRAPHY OF THE SIGNERS OF THE DECLARATION OF INDEPENDENCE 666–68 (Robert T. Conrad ed., 1846).

near so fast as they are wanted. Powder is also very Scarce notwithstanding every effort seems to have been exerted both to make and import.[46]

On February 13, 1776, Hewes expressed frustration over the effectiveness of the British arms embargo and declared that "Americans ought to be more industrious in making those articles at home, every Family should make saltpetre, every Province have powder Mills and every body encourage the making of Arms."[47]

24.     It is in this context that the role of privately made firearms in the Revolutionary War must be understood. Although the Americans sometimes succeeded in circumventing Britain's prohibition on imports,[48] arms imports were severely curtailed, particularly in the early stages of the war.[49] At that point, the Americans turned to privately made arms.

25.     As Professor DeLay notes, the Americans were confident in their ability to make arms.[50] This confidence reflected a widespread understanding that many Americans throughout

---

[46] Letter from Joseph Hewes to Samuel Johnston (Nov. 9, 1775), *in* 10 THE COLONIAL RECORDS OF NORTH CAROLINA, 1775–1776, at 314 (William L. Saunders ed., 1890).

[47] Letter from Joseph Hewes to Samuel Johnston (Feb. 13, 1776), *in* THE COLONIAL RECORDS OF NORTH CAROLINA, *supra* note 46, at 447.

[48] *See, e.g.*, VA. GAZETTE, Apr. 22, 1775, at 1 ("It is beyond doubt that six large ships sailed lately, three from Holland, and the rest from France, with arms, ammunition, and other implements of war, for our colonies, and more are absolutely preparing for the same place."); DANIEL A. MILLER, SIR JOSEPH YORKE AND ANGLO-DUTCH RELATIONS 1774–1780, at 41 (1970) ("eighteen Dutch ships . . . left Amsterdam" in May 1776, "with powder and ammunition for America," in addition to "powder shipments disguised as tea chests, rice barrels, et cetera.").

[49] *See, e.g.*, PA. GAZETTE, Dec. 21, 1774, at 2 ("Two vessels, laden with gun-powder and other military utensils, bound for [America], were stopped at Gravesend . . . by the out clearers, in consequence of the King's proclamation."); MILLER, SIR JOSEPH YORKE, *supra* note 48, at 39 (explaining that a British cutter in October 1774 intercepted a Rhode Island vessel that "had been sent expressly to load different sorts of firearms, and had already taken on board forty small pieces of cannon.").

[50] Resp. Appx., DeLay Dec., pp. 034–35, ¶ 54.

the colonies knew how to produce firearms and gunpowder. Before long, provincial congresses began encouraging and depending on these Americans to produce firearms and gunpowder to support the war effort.

26.    Massachusetts's First Provincial Congress adopted a resolution on December 8, 1774, noting that "firearms have been manufactured in several parts of this colony" and "recommend[ing] the making [of] gun-locks" by the colony's inhabitants, as well as "the making of saltpetre [for gunpowder], as an article of vast importance."[51] On February 15, 1775, Massachusetts's Second Provincial Congress directed the towns and districts within the colony to "encourage such persons as are skilled in the manufacturing of firearms and bayonets, diligently to apply themselves thereto, for supplying such of the inhabitants as may still be deficient."[52] The Congress promised to purchase "so many effective arms and bayonets as can be delivered in a reasonable time[.]"[53] In March of 1775, the Congress inquired into the "number of men . . . in the province acquainted with the business of making firearms," presumably to determine how many firearms might be domestically produced.[54] That November, the Congress declared that "it is of the utmost Importance to the Welfare and Happiness of these Colonies, that the Manufacturing of Fire Arms & Provisions of Military Stores be effectually promoted & encouraged," and resolved to purchase "every effective &

---

[51] Report of the First Provincial Congress of Massachusetts (Dec. 8, 1774), *in* THE JOURNALS OF EACH PROVINCIAL CONGRESS OF MASSACHUSETTS IN 1774 AND 1775, AND OF THE COMMITTEE OF SAFETY 63–64 (William Lincoln ed., 1838).

[52] Report of the Second Provincial Congress of Massachusetts (Feb. 15, 1775), *in* THE JOURNALS OF EACH PROVINCIAL CONGRESS OF MASSACHUSETTS, *supra* note 35, at 103.

[53] *Id.*

[54] Report of the Second Provincial Congress of Massachusetts (Mar. 23, 1775), *in* THE JOURNALS OF EACH PROVINCIAL CONGRESS OF MASSACHUSETTS, *supra* note 35, at 110.

Substantial Fire Arm" that met certain specifications.[55] Further, "for the Accommodation & convenience of such Manufacturers," military officers were empowered to purchase "all Fire-Arms which Shall be offered them for Sale & manufactured as aforesaid."[56] Finally, the Congress allocated one hundred pounds for "an Armorer or some other Judicious Person" to invest in "Steel, Files & other Tools necessary to carry on [a firearms] manufactory."[57]

27.     In May 1775, Connecticut guaranteed five shillings "for every stand of arms, including a good lock, that shall be manufactured within this Colony," and one shilling and six pence "for every good gun-lock that shall be made and manufactured within this Colony."[58]

28.     Maryland's Provincial Convention appointed a committee "to enquire into the practicability of establishing a manufactory of Arms within this Province," which determined on August 2, 1775, that "Arms may be furnished sooner, and at less expense by engaging immediately all Gun Smiths, and others concerned in carrying on that business."[59] The Committee observed that many gunsmiths operated within colony, and "apprehend[ed] that from the great encouragement Artificers in this business will receive, their number will soon be greatly increased."[60] The next month, Maryland's Council of Safety, "desirous of forwarding the Intentions of the Convention in promoting the Manufacture of Salt, Saltpetre, Gunpowder, and fire Arms," sought proposals in an advertisement in the *Maryland Gazette* from "any

---

[55] 19 THE ACTS AND RESOLVES, PUBLIC AND PRIVATE, OF THE PROVINCE OF THE MASSACHUSETTS BAY 134–35 (1918).

[56] *Id.* at 135.

[57] *Id.*

[58] THE PUBLIC RECORDS OF THE COLONY OF CONNECTICUT, FROM MAY, 1775, TO JUNE, 1776, INCLUSIVE 17 (Charles J. Hoadly ed., 1890).

[59] Report of the Maryland Convention (Aug. 2, 1775), *in* 11 ARCHIVES OF MARYLAND 64–65 (William Hand Browne ed., 1892).

[60] *Id.* at 65.

persons who are inclined to engage, on liberal Encouragement, in the Manufacture of Fire Arms, or to erect a powder Mill . . . or Salt, or Saltpetre-works."[61]

29.     A commission appointed in Virginia "for superintending the manufactory of Small-Arms" explained that it would be convening on October 10, 1775, "for the purpose of engaging a further number of Gunsmiths, and other artists, capable of managing that business in its various branches."[62] "All persons who are willing to enter into the service for a year at the least, and can come recommended for skill and sobriety" were "desired to attend" and would be compensated for "their attendance and traveling."[63]

30.     New Hampshire's House of Representatives resolved in January 1776 to pay three pounds "for every good firearm Manufactured in this Colony, made" according to certain specifications.[64]

31.     On February 24, 1776, South Carolina's Provincial Congress appointed commissioners "to contract for the making, or purchasing already made, any number, not exceeding one thousand stand, of good Rifles," as well as "for the making, or purchasing already made, one thousand stand of good smooth-bored Muskets."[65]

32.     The following month, New York's Committee of Safety ordered that an advertisement "be published in all the publick Newspapers in this Colony" stating that "this

---

[61] Report of the Council of Safety of Maryland (Sept. 1, 1775), *in* 11 ARCHIVES OF MARYLAND, *supra* note 59, at 77.

[62] 3 AMERICAN ARCHIVES, ser. 4, *supra* note 27, at 700.

[63] *Id.*

[64] Report of the House (Jan. 12, 1776), *in* 8 DOCUMENTS AND RECORDS RELATING TO THE STATE OF NEW-HAMPSHIRE DURING THE PERIOD OF THE AMERICAN REVOLUTION, FROM 1776 TO 1783, at 15–16 (Nathaniel Bouton ed., 1874).

[65] 5 AMERICAN ARCHIVES, ser. 4, *supra* note 27, at 581.

Committee are ready to receive proposals from, and treat with, any person or persons who are willing to engage in manufacturing good Muskets, or the Locks, Barrels, or any necessary parts thereof[.]"[66]

33.     John Hancock informed Washington that month that he expected the domestic arms production to adequately address the shortage caused by the arms embargo: "With regard to arms, I am afraid we shall, for a time, be under some difficulty. The importation is now more precarious and dangerous. To remedy this, a Committee is appointed to contract for the making arms; and, as there is a great number of gunsmiths in this and the neighbouring Colonies, I flatter myself we shall soon be able to provide ourselves without risk or danger."[67]

34.     North Carolina's Provincial Congress established a committee to "consider the most practicable and expeditious method of supplying the Province with Arms, Ammunition, Warlike Stores, and Sulphur."[68] The committee concluded in an April 1776 report that "publick Manufactories" to make "good and sufficient Muskets" should be established throughout the colony and operated by "all Gunsmiths, and other mechanicks, who have been accustomed to make, or assist in making Muskets, or who may . . . be useful in carrying on such Manufactory."[69]

35.     Also in April 1776, Pennsylvania's Committee of Safety agreed to pay one Mr. Tomlinson fifty pounds "for making publick the art of boring and grinding Gun-barrels, and instructing such persons as they shall require to be taught that art."[70]

---

[66] *Id.* at 1418.

[67] *Id.* at 734.

[68] *Id.* at 1336.

[69] *Id.* at 1337–38.

[70] *Id.* at 734.

16

36.     Great emphasis was also placed on encouraging the production of gunpowder or ingredients necessary for making gunpowder. In August 1774, for example, the *Royal American Magazine* published an engraving by Paul Revere demonstrating "how to refine saltpeter, an essential component in the making of gunpowder."[71]

37.     In May 1775, Connecticut offered ten pounds "for every fifty pounds weight of salt petre that shall be made and manufactured from material found in this Colony" as well as five pounds "for every hundred pounds weight of sulphur that shall be made and manufactured within this Colony from materials found in any of the British Colonies on the continent in America . . . and so in proportion for a greater or lesser quantity."[72]

38.     On January 3, 1776, Pennsylvania's Committee of Safety created a committee "for appointing proper persons to instruct the inhabitants of the different Counties in the manufactory of Salt Petre" and "to fix upon the number of hand bills to be printed & distributed in the English & German Languages, setting forth the process for extracting and refining Salt Petre[.]"[73] According to David Salay, who studied gunpowder production during the Revolution, "A number of counties responded by establishing model works and providing demonstrations."[74]

39.     On January 17, 1776, New York's Committee of Safety ordered 3,000 copies of "essays upon the manufacture of saltpetre and gunpowder" printed for distribution throughout

---

[71] HALBROOK, THE FOUNDERS' SECOND AMENDMENT, *supra* note 36, at 33.

[72] THE PUBLIC RECORDS OF THE COLONY OF CONNECTICUT, *supra* note 58, at 17.

[73] 10 MINUTES OF THE PROVINCIAL CONGRESS OF PENNSYLVANIA, FROM THE ORGANIZATION TO THE TERMINATION OF THE PROPRIETARY GOVERNMENT 443 (1852). Pennsylvania's Committee of Safety at the time included Benjamin Franklin, George Clymer, Robert Morris, and John Dickinson, all of whom would later sign the Constitution.

[74] Salay, *The Production of Gunpowder in Pennsylvania*, *supra* note 38, at 427.

the colony with the expectation that "the inhabitants of this Colony [will] do every thing in their power to supply the Continent with those necessary articles[.]"[75] "Printing presses throughout the colonies worked overtime," Firearms historian M. L. Brown explained, "making and distributing broadsides and pamphlets with explicit instructions for manufacturing gunpowder and locating and preparing the ingredients."[76] Historian Rick Atkinson similarly explained that "[s]altpeter recipes . . . appeared in American newspapers and pamphlets for patriots willing to collect the 'effluvia of animal bodies' from outhouses, barns, stables, tobacco yards, and pigeon coops, preferably 'moistened from time to time with urine.'"[77] Brown provided greater detail:

> Many patriot communities operated charcoal kilns and artificial niter beds, collecting human urine and taking it to a place with dry, sandy soil where it was dumped and eventually leached out small quantities of saltpeter. . . . [E]ven the earth under compost heaps was processed to recover saltpeter, while also searched were attics, caves, church steeples, lofts, and other bird rookeries. Small amounts of sulphur were recovered from the earth surrounding sulphurous springs and the water was distilled in the quest for that vital commodity.[78]

40.     Abigail Adams came across a pamphlet describing how to manufacture gunpowder and offered to send it to her husband in a letter dated March 31, 1776: "I have lately seen a small Manuscrip[t] de[s]cribing the proportions for the various sorts of powder, fit for cannon, small arms and pistols. If it would be of any Service your way I will get it transcribed and send it to you."[79]

---

[75] 1 JOURNALS OF THE PROVINCIAL CONGRESS, PROVINCIAL CONVENTION, COMMITTEE OF SAFETY AND COUNCIL OF SAFETY OF THE STATE OF NEW-YORK 253–54 (1842).

[76] BROWN, FIREARMS IN COLONIAL AMERICA, *supra* note 4, at 301.

[77] RICK ATKINSON, THE BRITISH ARE COMING 127–28 (2019).

[78] BROWN, FIREARMS IN COLONIAL AMERICA, *supra* note 4, at 302.

[79] Letter from Abigail Adams to John Adams (Mar. 31, 1776), *in* 1 THE ADAMS PAPERS: ADAMS FAMILY CORRESPONDENCE 371 (Lyman H. Butterfield ed., 1963).

41.     It is impossible to determine how many Americans collected ingredients for gunpowder or manufactured gunpowder during the war. It is also difficult to determine how many engaged in gunsmithing. First, there were no registration or licensing requirements for firearm manufacturers.[80] Second, many "American gunmakers avoided putting their names or insignias on the firearms so that there remained few clues that might lead to retribution should the American experiment be squashed by the British."[81] Professor DeLay disputes this, because "some of the surviving guns do bear makers' signatures or insignia. Indeed, authorities sometimes required gunmakers to sign the firearms they produced under contract."[82] But the fact that some gunmakers marked their arms does not suggest that all or even most did. Moreover, while at least three committees of safety purchased only firearms that included the identification of the gunmaker, those requirements applied only to firearms sold to those committees of safety.[83] And even among the surviving firearms sold to committees of safety, arms historian George C. Neumann notes, "most were not identified by the makers who feared retaliation by Royal authorities."[84] In any event, Neumann estimated that "[o]ut of the more than 300,000 long arms used by the American line troops during the War for Independence,

---

[80] *See* GILL, JR., THE GUNSMITH IN COLONIAL VIRGINIA, *supra* note 9, at 1 ("[M]any of these men remain obscure. They left little trace and the records reveal their names only incidentally.").

[81] HARSANYI, FIRST FREEDOM, *supra* note 30, at 68.

[82] Resp. Appx., DeLay Dec., p. 035 n.98.

[83] 8 DOCUMENTS AND RECORDS RELATING TO THE STATE OF NEW-HAMPSHIRE, *supra* note 64, at 16; 19 THE ACTS AND RESOLVES, PUBLIC AND PRIVATE, OF THE PROVINCE OF THE MASSACHUSETTS BAY, *supra* note 55, at 135; THE PUBLIC RECORDS OF THE COLONY OF CONNECTICUT, *supra* note 58, at 17.

[84] George C. Neumann, *American-Made Muskets In The Revolutionary War*, AM. RIFLEMAN, Mar. 29, 2010, https://www.americanrifleman.org/content/american-made-muskets-in-the-revolutionary-war/; *see also id.* ("The great majority of surviving muskets manufactured by the Colonists are not identified by their maker or source.").

probably in excess of 80,000 were the products of America's scattered gunsmiths using mixed components."[85]

42.     To be sure, arms imports were essential during the war. But domestic production was especially critical when the Americans were determining how to circumvent Britain's arms embargo. The "homegrown cottage industry" of American gunsmiths "filled a vital gap in arming the early regiments and continued as the major repair and maintenance sources for Washington's troops until the war was won."[86] Indeed, gunsmiths and others engaged in making firearms were considered so essential that they were often exempted from military service—where they were also badly needed.[87]

43.     It is also worth noting how private arms-making during the war led to innovation. Joseph Belton was an inventor born in Connecticut who turned his attention during

---

[85] *Id.* Professor DeLay's argument that the American founding-era governments overestimated the number of Americans capable of producing privately made firearms does not benefit the State. Resp. Appx., DeLay Dec., pp. 035–36, ¶¶ 55–56. If the governments believed that even more Americans privately made firearms than actually did, and still never regulated the practice, that only bolsters Plaintiffs' argument that it was understood to be protected conduct.

[86] Neumann, *American-Made Muskets In The Revolutionary War*, *supra* note 84.

[87] *See, e.g.*, Massachusetts Bay Council's Response to Petition of Thomas Buckmore (Sept. 20, 1776), *in* 2 AMERICAN ARCHIVES, ser. 5, *supra* note 27, at 783 ("Whereas it has been represented to this Board by Thomas Buckmore, of Concord, that he has been employed in making Fire-arms for this State . . . and that the Armourers actually employed in making such Arms are doing more essential service to the State, while thus employed, than they could do as soldiers. . . . Captain George Minot . . . is required and directed to discharge the said Thomas Buckmore and Silas Wood from the service for which they were drafted[.]"); General Assembly Report (Mar. 3, 1777), *in* 8 RECORDS OF THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS IN NEW ENGLAND, 1776 TO 1779, at 149 (John Russell Bartlett ed., 1863) ("It is voted and resolved, that it be, and hereby is, recommended to the independent company of the Kingstown Reds, that they excuse George Tefft and Jeremiah Sheffield (who are employed in making and stocking guns), from doing service in said company[.]"); HISTORY OF BUCKS COUNTY, PENNSYLVANIA 500 (J.H. Battle ed., 1887) ("[John Fitch] was among the first to enlist when the revolution began; but as his services were more valuable as a gunsmith than a soldier he was not permitted to enter the active service.").

the war to military-related innovations.[88] Belton informed the Continental Congress on April 11, 1777, that he had invented "a common small arm" that could "discharge sixteen, or twenty [rounds], in sixteen, ten, or five seconds of time."[89] That summer, Belton demonstrated his rifle before leading military officers—including General Horatio Gates and Major General Benedict Arnold—and scientists—including David Rittenhouse—who verified that "[h]e discharged Sixteen Balls loaded at one time."[90] Belton offered to build similar arms for the Congress, which ordered 100 of them,[91] but the deal fell through when Belton demanded what the Congress deemed "an extraordinary allowance."[92] To be sure, Belton's was not the first

---

[88] For example, in a letter to Pennsylvania's Committee of Safety, Belton proposed to construct a submersible machine capable of firing cannonballs at British ships:

> I will make a Machine by the help of which, I will carry a loaded cannon, two or three miles up or down any of our harbours without any other assistance, and all the way there should nothing appear above the surface much larger than a man's hat, and by attracting my Machine, would wholely decend under water for some time, and by expanding, would rise to the surface at pleasure, and by this means, to avoid any discovery when I had arrived within an hundred and fifty, or two hundred yards of a Ship, I could decend under the surface, and go along side of her bottom against which, I could discharge the Cannon, that should be prov'd large enough to send a ball through any ships side.

Letter from Joseph Belton to Pennsylvania's Committee of Safety (Sept. 4, 1775), *in* 4 SAMUEL HAZARD, PENNSYLVANIA ARCHIVES: SELECTED AND ARRANGED FROM ORIGINAL DOCUMENTS IN THE OFFICE OF THE SECRETARY OF COMMONWEALTH, CONFORMABLY TO ACTS OF THE GENERAL ASSEMBLY, FEBRUARY 15, 1851, & MARCH 1, 1852, at 650 (1853).

[89] Letter from Joseph Belton to the Continental Congress (Apr. 11, 1777), *in* 1 PAPERS OF THE CONTINENTAL CONGRESS, COMPILED 1774–1789, at 123 (1957).

[90] Letter from Joseph Belton to the Continental Congress (Jul. 10, 1777), *in* 1 PAPERS OF THE CONTINENTAL CONGRESS, COMPILED 1774–1789, *supra* note 89, at 139.

[91] Report of the Continental Congress (May 3, 1777), *in* 7 JOURNALS OF THE CONTINENTAL CONGRESS 1774–1789, at 324 (Worthington Chauncey Ford ed., 1907).

[92] Report of the Continental Congress (May 15, 1777), *in* 7 JOURNALS OF THE CONTINENTAL CONGRESS 1774–1789, *supra* note 91, at 361.

privately made repeating arm in America. For example, John Cookson advertised a nine-shot repeating arm in the *Boston Gazette* on April 12, 1756, explaining that the rifle was "MADE by *JOHN COOKSON*, and to be sold by him at his House in *Boston*: A handy Gun . . . having a Place convenient to hold 9 Bullets" that "will fire 9 Times distinctly, as quick, or slow as you please[.]"[93] Nor was Belton's rifle the only groundbreaking firearms invention that David Rittenhouse was involved with during the war. Charles Willson Peale, who had formerly worked in saddlery, clockmaking, and silversmithing before becoming a world-renown portraitist, "prized a firelock" throughout the war "with a telescopic sight that he had built with help from the astronomer David Rittenhouse."[94]

44.     When the British believed that they were nearing victory, they began considering what to do with America after the war concluded. William Knox, as Undersecretary of State for the British government, proposed a prohibition on arms manufactories and licenses for arms imports:

> The Militia Laws should be repealed and none suffered to be re-enacted, [and] the Arms of all the People should be taken away … nor should any Foundery or manufactuary of Arms, Gunpowder, or Warlike Stores, be ever suffered in America, nor should any Gunpowder, Lead, Arms or Ordnance be imported into it without Licence.[95]

---

[93] THE BOSTON-GAZETTE AND COUNTRY JOURNAL, April 12, 1756.

[94] ATKINSON, THE BRITISH ARE COMING, *supra* note 77, at 493; *see also* Hugh T. Harrington, *Charles Willson Peale's "Riffle with a Tellescope to It"*, J. AM. REVOLUTION (July 10, 2013), https://allthingsliberty.com/2013/07/charles-willson-peales-riffle-with-a-tellescopeto-it/.

[95] William Knox, *Considerations on the Great Question, What is Fit to be Done with America* (1777), *reprinted in* 1 SOURCES OF AMERICAN INDEPENDENCE: MANUSCRIPTS FROM THE COLLECTIONS OF THE WILLIAM L. CLEMENTS LIBRARY 176 (Howard H. Peckham ed., 1978).

**III.     The Founders protected against the abuses they suffered under British rule when forming their own federal government.**

45.     After winning the war, when the Americans were forming their own federal government, they protected against many abuses that they suffered under British rule. For example, the Sixth Amendment's assurance of a "public trial, by an impartial jury" in criminal prosecutions reflected the colonists' experiences of being denied jury trials.[96] The Third Amendment's prohibition against any soldier being "quartered in any house" in times of peace reflected their experiences of having "large bodies of armed troops" quartered "among" them.[97] The lifetime appointment for judges that the Constitution guarantees reflected their experiences when King George "made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries."[98] And the Fourth Amendment's protections reflected their experiences of being subjected to writs of assistance.[99] The Second Amendment is therefore most reasonably understood as reflecting the Americans' experiences of depending on privately made arms. As historian James Whisker explained,

> Gun crafting was one of several ways Americans expressed their unrestrained democratic impulses at the time of the adoption of the Bill of Rights. . . . The climate of opinion was clearly such that it would have supported a broad distribution of this right to the

---

[96] *See* THE DECLARATION OF INDEPENDENCE para. 20 (U.S. 1776).

[97] *Id.* at para 16.

[98] *Id.* at para 11.

[99] Parliament authorized writs of assistance to address smuggling in New England. James Otis passionately argued against the writs in *Paxton's Case*, 1 Quincy 51 (Mass 1761). John Adams later wrote of Otis's argument, "American independence was then and there born. . . . Every man of a crowded audience appeared to me to go away, as I did, ready to take arms against writs of assistance. Then and there was the first scene of the first act of opposition to the arbitrary claims of Great Britain." 10 CHARLES FRANCIS ADAMS, THE WORKS OF JOHN ADAMS, SECOND PRESIDENT OF THE UNITED STATES 247–48 (1856).

people over and against government. Anything else would have been inconceivable."[100]

46.     Professor DeLay provides several examples of Founders—including the Continental Congress, Secretary of War Benjamin Lincoln, President George Washington, and Treasury Secretary Alexander Hamilton—advocating for a strong domestic arms industry.[101] But he notes that "these and similar calls to action long went unanswered" due to "the newly independent nation['s]" lack of funds.[102] The Founders' desire for robust domestic arms production combined with the government's inability to finance it demonstrates why it is implausible that the Founders would then leave private arms-making unprotected by the Second Amendment.

47.     Throughout his Declaration, Professor DeLay points to examples of Americans relying on other sources for arms (such as imports from Europe) to belittle the tradition of Americans building privately made arms.[103] But the point is not that everyone made arms and could produce them at a moment's notice. Rather, the point is that many Americans did privately make firearms; that the government was aware of the practice and sometimes encouraged it; and that the practice was traditionally unregulated. The historical analysis might be different if the practice did not exist—for the argument could be made that there was no need to regulate activity that did not occur. But American governments were well aware of the practice of building privately made arms, and at the time of the Second Amendment's ratification, governments had only ever *encouraged* it. Indeed, as America's First Secretary of

---

[100] WHISKER, THE GUNSMITH'S TRADE, *supra* note 15, at 91–92.

[101] Resp. Appx., DeLay Dec., pp. 040–41, ¶ 63.

[102] *Id.* at p. 041, ¶ 64.

[103] *See, e.g.*, *id.* at pp. 031–32, ¶ 50.

State Thomas Jefferson wrote to the British Ambassador, "Our citizens have always been free to make, vend, and export arms. It is the constant occupation and livelihood of some of them."[104]

### IV. Americans who were professionals in other occupations traditionally engaged in gunsmithing, thus demonstrating how widespread and accessible the required knowledge was.

48. Americans who were professionals in other occupations traditionally engaged in gunsmithing as an additional occupation or hobby. These other occupations included blacksmiths,[105] whitesmiths,[106] tinsmiths,[107] locksmiths,[108] silversmiths,[109] farmers,[110] clock and

---

[104] Letter from Thomas Jefferson to George Hammond (May 15, 1793), *in* 7 THE WRITINGS OF THOMAS JEFFERSON 326 (Paul Ford ed., 1904) (rejecting British demand that the U.S. forbid individuals from selling arms to the French).

[105] An 18th-century example is John Cutler from Massachusetts. HENRY J. KAUFFMAN, EARLY AMERICAN GUNSMITHS, 1650–1850, at 21 (1952). A 19th-century example is Mynham Cuttino from South Carolina. *Id.* at 22. Additionally, Jacob Reager, who "was a gunsmith in West Augusta, [West] Virginia during the Revolution" was referred to as a blacksmith in a 1780 court order. WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 23 (brackets in original).

[106] An 18th-century example is Samuel Bonsall from South Carolina. KAUFFMAN, EARLY AMERICAN GUNSMITHS, *supra* note 105, at 10. A 19th-century example is Daniel Searles of Ohio. WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 155.

[107] Some 19th-century examples include Phineas Compton and Samuel Compton from Pennsylvania. *Id.*

[108] An 18th-century example is Reuben Cookson of Massachusetts. *Id.* at 155. "Edward H. Tucker was a gunsmith, locksmith, and whitesmith between 1797 and 1801 in Alexandria, Virginia." *Id.* at 162.

[109] A 17th-century example is Hendrick Boelen from New York. THE WALDRON PHOENIX BELKNAP, JR. COLLECTION OF PORTRAITS AND SILVER 116 (John Marshall Phillips, et al. eds, 1955). An 18th-century example is Benjamin Campbell from Pennsylvania. WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 151. Some 19th-century examples include Absalom Garlick, Samuel Quest, and James Dillon of Pennsylvania. *Id.* at 148–49, 151. Quest advertised that he could "alter Gun Locks to the percussion principle, and warrant them to perform well." *Id.* at 149.

[110] Some 18th-century examples include David Dickey of Pennsylvania and John Doddridge of Virginia. *Id.* at 126, 145–46.

watchmakers,[111] carpenters,[112] mechanics,[113] cutlers,[114] stonemasons,[115] merchants,[116] and at least one attorney.[117] These examples suggest that the knowledge requisite to be a gunsmith was accessible and not limited to a very small and highly specialized subset of the population who had to devote all their time to gunsmithing.

49. Professor DeLay is correct that some of these gunsmiths focused on repairs,[118] but several also made firearms. For example, Ignatius Leitner, an attorney, advertised in 1800

---

[111] Examples from the 18th century include Thomas Floyd of South Carolina, Frederick Solliday of Pennsylvania, and Joel Bailey of Pennsylvania. KAUFFMAN, EARLY AMERICAN GUNSMITHS, *supra* note 105, at 31 (Floyd); WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 70 (Bailey), 147 (Solliday).

Examples from the 19th century include Christian Plants, David Morton, Samuel Quest, Isaiah Lukens, and James Dillon of Pennsylvania. WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 147 (Morton), 148–49 (Quest), 149 (Dillon, Lukens), 149–50 (Plants).

[112] Examples from the 19th century include Godfrey Wilkin and John Wilkin of Virginia, as well as Alfred Marion Cone of Pennsylvania. *Id.* at 156–57.

[113] Examples from the 19th-century include Christian Plants and Elias Brey of Pennsylvania. *Id.* at 149–50 (Plants); KAUFFMAN, EARLY AMERICAN GUNSMITHS, *supra* note 105, at 12 (Brey).

[114] Examples from the 18th century include Jacob Buchanan and Walter Dick of South Carolina. KAUFFMAN, EARLY AMERICAN GUNSMITHS, *supra* note 105, at 15 (Buchanan), 24 (Dick).

[115] An example from the 19th century is Christian Plants of Pennsylvania. WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 149–50.

[116] An 18th-century example is Joseph Parkinson of Virginia. *Id.* at 136–37. A 19th-century example is Andrew Saupp of Pennsylvania. *Id.* at 155.

[117] Ignatius Leitner stated in an 1800 advertisement that he "continues . . . making rifles." KAUFFMAN, EARLY AMERICAN GUNSMITHS, *supra* note 105, at 61.

[118] Resp. Appx., DeLay Dec., p. 026, ¶ 41. For example, the son of farmer and frontiersman John Doddridge explained how John repaired firearms in his community:

> Not possessing sufficient health for service on the scouts and campaigns, his duty was that of repairing the rifles of his neighbors when they needed it. In this business he manifested a high degree of ingenuity. A small depression on the surface of a stump or log and a wooden mallet were his instruments for straightening the gun

that he "continues to draw deeds, mortgages, Power of Attorney, apprentice indentures, Bills, Notes, State executor and administrators accounts" and also that he "continues and keeps hands at work in his former branches as *making* rifles, still cocks, casting rivets, gun mountings, etc. at the lowest prices."[119] Phineas Compton and his son Samuel Compton were tinsmiths and gunsmiths in 19th-century Pennsylvania who made "squirrel rifles [that] were known for their accuracy."[120] "Rueben Cookson of Boston advertised in 1754 that he *made* and mended guns and door locks."[121] Elias Brey from Pennsylvania "was a versatile mechanic and made a variety of mechanical contrivances including guns" in the 19th century.[122] In 1992, James Whisker wrote that "Absalom Garlick ( –1876) was a silversmith in Providence Township, Bedford County, Pennsylvania, from 1863 until his death. A long rifle bearing his signature with a hand forged gun lock has recently been discovered."[123] Whisker also noted that he had "seen one James Dillon rifle";[124] Dillon was taxed in various years as a clockmaker (1819, 1826), watchmaker (1829, 1835, 1841, 1842), silversmith (1832), and gunsmith (1844).[125] "Duncan

---

barrel when crooked. Without the aid of a bow string he could discover the smallest bend in a barrel. With a bit of steel, he could make a saw for deepening the furrows, when requisite. A few shots determined whether the gun might be trusted.

JOSEPH DODDRIDGE, NOTES ON THE SETTLEMENT AND INDIAN WARS OF THE WESTERN PARTS OF VIRGINIA AND PENNSYLVANIA FROM 1763 TO 1783, INCLUSIVE, TOGETHER WITH A REVIEW OF THE STATE OF SOCIETY AND MANNERS OF THE FIRST SETTLERS OF THE WESTERN COUNTRY 115 (1912).

[119] KAUFFMAN, EARLY AMERICAN GUNSMITHS, *supra* note 105, at 61 (emphasis added).

[120] WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 155.

[121] WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 154 (emphasis added).

[122] KAUFFMAN, EARLY AMERICAN GUNSMITHS, *supra* note 105, at 12.

[123] WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 151.

[124] *Id.* at 149.

[125] *Id.*

Beard ( –1797) was a silversmith and clockmaker [i]n Delaware before the [Revolutionary] war. During the war he made gun locks on contract in a small manufactory he set up at Appoquinimink Hundred, with the Delaware Council of Safety."[126] Benjamin Rittenhouse (David's younger brother) "was a clockmaker in Montgomery County, Pennsylvania, before the Revolution."[127] During the war he "manufactured [Committee of Safety] muskets" and also "privately enter[ed] the arms-making business,"[128] before returning to clockmaking "in Philadelphia after the Revolution."[129] During the war, he superintended the Pennsylvania state gun factory" and "brought his own tools to the factory."[130] Daniel McKinney from Pennsylvania "was a locksmith and gunsmith by trade."[131] "About 1778 . . . he was captured by the Indians," who later "sold him to the British."[132] "[T]he British then required him to make guns for the Indians, their allies fighting the Americans"—specifically, McKinney was required "to make gun barrels and to finish the guns." It is reported that he "made the guns; but he spoiled" nearly all of them, including one that was used to shoot "seventeen times at Gen. Washington, but could not hit him once."[133] These many examples prove that the expertise of part-time gunsmiths often went beyond merely repairing arms.

---

[126] *Id.* at 150.

[127] *Id.* at 149.

[128] BROWN, FIREARMS IN COLONIAL AMERICA, *supra* note 4, at 314.

[129] WHISKER, THE GUNSMITH'S TRADE, *supra* note 11, at 149.

[130] *Id.*

[131] NELSON W. EVANS, A HISTORY OF SCIOTO COUNTY, OHIO, TOGETHER WITH A PIONEER RECORD OF SOUTHERN OHIO 130 (1903).

[132] *Id.*

[133] *Id.* at 130–31.

Executed this 5th day of March 2024,

_____

Joseph G.S. Greenlee

# Joseph Greenlee

joseph@greenlee.law □ 208-271-2494 □ PO Box 4061, McCall, ID 83638

## EXPERIENCE

| | |
|---|---|
| Greenlee Law, PLLC: Attorney and Researcher | 2023 – Present |
| NRA-ILA: Director, Litigation Counsel | 2024 – Present |
| Independence Institute: Research Associate in Constitutional Law | 2023 – Present |
| Heartland Institute: Policy Advisor for Legal Affairs | 2019 – Present |
| FPC Action Foundation: Director of Constitutional Studies | 2021 – 2023 |
| Firearms Policy Coalition: Director of Constitutional Studies | 2019 – 2022 |
| Millennial Policy Center: Fellow in Constitutional Studies | 2017 – 2021 |
| Steamboat Institute: Emerging Leaders Advisory Council | 2016 – 2019 |
| Attorney at Law: Constitutional, Appellate, and Family Law | 2014 – 2019 |

## EDUCATION

Juris Doctor – University of Denver Sturm College of Law (2014)
Bachelor of Science – Park University (2011)

## ADMISSIONS

Idaho
Colorado (inactive)
United States Supreme Court
U.S. Court of Appeals for the First Circuit
U.S. Court of Appeals for the Second Circuit
U.S. Court of Appeals for the Third Circuit
U.S. Court of Appeals for the Fourth Circuit
U.S. Court of Appeals for the Fifth Circuit
U.S. Court of Appeals for the Sixth Circuit
U.S. Court of Appeals for the Seventh Circuit
U.S. Court of Appeals for the Ninth Circuit
U.S. Court of Appeals for the Tenth Circuit
U.S. Court of Appeals for the Eleventh Circuit
U.S. Court of Appeals for the D.C. Circuit

## PUBLICATIONS

1. David B. Kopel & Joseph G.S. Greenlee, *The Federal Circuits' Second Amendment Doctrines*, 61 ST. LOUIS L.J. 193 (2017).

2. Jonathan S. Goldstein & Joseph G.S. Greenlee, *Pennsylvania's Expanded Castle Doctrine: An Annotated Tour of the First Five Years*, 88 PA. B.A. Q. 170 (2017).

3. David B. Kopel & Joseph G.S. Greenlee, *History and Tradition in Modern Circuit Court Cases on the Second Amendment Rights of Young People*, 43 S. ILL. U. L.J 119 (2018).

4. David B. Kopel & Joseph G.S. Greenlee, *Federal Circuit Second Amendment Developments 2017–2018*, TX. B. J. ch.7 (2018).

5. David B. Kopel & Joseph G.S. Greenlee, *The Second Amendment Rights of Young Adults*, 43 S. Ill. U. L.J 495 (2019).

6. David B. Kopel & Joseph G.S. Greenlee, *Federal Circuit Second Amendment Developments 2018*, 7 L.M.U. L. REV. 105 (2019).

7. Joseph G.S. Greenlee, *Concealed Carry and the Right to Bear Arms*, FED. SOC. REVIEW, Vol. 20 (2019).

8. David B. Kopel & Joseph G.S. Greenlee, *The "Sensitive Places" Doctrine: Locational Limits on the Right to Bear Arms*, 13 CHARLESTON L. REV. 205 (2018).

9. Joseph G.S. Greenlee, *The Historical Justification For Prohibiting Dangerous Persons From Possessing Arms*, 20 WYO. L. REV. 249 (2020).

10. Matthew Larosiere & Joseph G.S. Greenlee, *Red Flag Laws Raise Red Flags of Their Own*, 45 LAW & PSYCHOL. REV. 155 (2021).

11. Joseph G.S. Greenlee, *The Right to Train: A Pillar of the Second Amendment*, 31 WM & MARY BILL RTS. J. 93 (2022).

12. Joseph G.S. Greenlee, *The American Tradition of Self-Made Arms*, 54 ST. MARY'S L.J. 35 (2023).

13. Joseph G.S. Greenlee, *Disarming the Dangerous: The American Tradition of Firearm Prohibitions*, 16 DREXEL L. REV. 1 (2024).

14. David B. Kopel & Joseph G.S. Greenlee, *The History of Bans on Types of Arms Before 1900*, 50 J. Legis. (forthcoming 2024).

15. Joseph G.S. Greenlee, *The Tradition of Armor Use and Regulation in America* (forthcoming 2024).

**SHORT ARTICLES**

1. The Thin Legal Backbone Behind President Obama's Executive Actions on Guns
   (hyperlink unavailable)
   Conservative Review
   01/08/2016

2. Obama Gun Regulations Headed to Court
   (hyperlink unavailable)
   Conservative Review
   01/24/2016

3. FBI Announces Change in Background Checks
   (hyperlink unavailable)
   Conservative Review
   02/02/2016

4. Recent Court Decision A Big Victory for the Second Amendment
   (hyperlink unavailable)
   Conservative Review
   02/08/2016

5. Gun-Free Zones: What Are They Good For?
   (hyperlink unavailable)
   Conservative Review
   02/11/2016

6. No Fly, No Buy (And No Due Process)
   The Federalist Society
   02/17/2016

7. The Second Amendment and the Post-Scalia Court
   The Federalist Society
   02/24/2016

8. Massachusetts Stun Gun Laws at SCOTUS
   The Federalist Society
   03/23/2016

9. "Docs vs. Glocks" and the Firearm Owners' Privacy Act
   The Federalist Society
   04/05/2016

10. The Truth About PLCAA
    The Federalist Society
    04/27/2016

11. How Your Smart Gun May be Used to Compel You to Incriminate Yourself
    The Federalist Society
    05/31/2016

12. Interpreting Peruta v. County of San Diego
    The Federalist Society
    06/14/2016

13. Author Response: Interpreting Peruta v. County of San Diego
    The Federalist Society
    06/17/2016

14. Peruta v. County of San Diego: Was Concealed Carry Ruling Correct?
    Daily Journal
    06/23/2016

15. Keyes v. Lynch: A successful as-applied challenge to the federal firearms ban for the
    mentally ill
    The Federalist Society
    07/21/2016

16. Peruta, Flanagan, and the Right to Bear Arms in the Ninth Circuit
    The Federalist Society
    08/29/2016

17. Book Review: 'The War on Guns: Arming Yourself Against Gun Control Lies'
    The Washington Times
    08/29/2016

18. Murphy v. Guerrero
    The Federalist Society
    10/11/2016

19. There is No Gun Show Loophole. There is No Online Loophole.
    The Washington Times
    10/23/2016

20. Sixth Circuit: Formerly Mentally Ill Persons May Regain 2nd Amendment
    Rights
    The Federalist Society
    11/02/2016

21. Marijuana Use and Firearm Ownership
    The Federalist Society
    11/30/2016

22. Silvester v. Harris: Watered-Down Intermediate Scrutiny
    The Federalist Society
    12/20/2016

23. Fourth Circuit Misinterprets Supreme Court 2nd Amendment Precedent
    The Federalist Society
    02/27/2017

24. Anti-Gunners are Savaging Gorsuch for Vindicating an Innocent Man
    (with David Kopel)
    The Hill
    03/07/2017

25. 2017 is Shaping Up to be Another Winning Year for Gun Owners
    (with David Kopel)
    The Hill
    04/25/2017

26. Bauer v. Becerra
    The Federalist Society
    06/06/2017

27. Want to Stop Mass Shootings? Let's Get More Guns in the Right Hands
    (with David Kopel)
    The Hill
    06/18/2017

28. Federal Court Enjoins California Large-Capacity Magazine Confiscation
    (with David Kopel)
    Washington Post
    06/30/2017

29. D.C. Circuit Strikes Down "Good-Reason" Requirement for Handgun Carry Licenses
    The Federalist Society
    07/26/2017

30. The Racist Origin of Gun Control Laws
    (with David Kopel)
    The Hill
    08/22/2017

31. We Need Judges Who Stand For Gun Rights
    (with David Kopel)
    America's 1st Freedom
    09/28/2017

32. What If There Were Serious Gun Controls?
   (with David Kopel)
   The Hill
   11/08/2017

33. Congress Should Use Constitutional Power to Force States to Honor Gun Rights
   (with David Kopel)
   The Hill
   12/31/2017

34. Gun Ban for Young Adults Would be Wholly Unconstitutional
   (with David Kopel)
   The Hill
   03/13/2018

35. Plenty of Red Flags in Colorado's 'Extreme Risk' Protection Order Bill
   (with David Kopel)
   The Complete Colorado
   02/19/2019

36. Commonwealth v. Hicks, 208 A.3d 916 (Pa. 2019)
   The Federalist Society
   10/24/2019

37. 'Safe Storage' Gun Laws Unnecessary and Unconstitutional
   The Complete Colorado
   01/08/2020

38. State Court Docket Watch: State of Ohio v. Weber
   The Federalist Society
   03/23/2021

39. The Coming Second Amendment Court Fights
   (with George Mocsary)
   America's 1st Freedom
   03/30/2021

40. 9th Circuit Again Defies the Supreme Court in *Duncan*
   (hyperlink unavailable)
   Daily Journal
   12/09/2021

41. 10 Truths About the Basis of Our Second Amendment Freedom That, Too Often, Are Not Being Taught
   (with George Mocsary)

America's 1st Freedom
March 2022

42. Text, History, and Tradition: A Workable Test that Stays True to the Constitution
Duke Center for Firearms Law
05/04/2022

43. Restoring the Founders' Right to Bear Arms
SCOTUSblog
06/29/2022

**MEDIA**

1. P.O.T.U.S. with Tim Farley
SiriusXM
Radio interview
06/08/2016

2. Medical Marijuana & the Second Amendment
The Federalist Society
Video interview
03/09/2017

3. The Peter Boyles Show
710KNUS (Denver)
Radio interview
08/31/2017

4. Rose Unplugged
AM1250 (Pittsburgh)
Radio interview
03/07/2018

5. The Peter Boyles Show
710KNUS (Denver)
Radio interview
01/17/2020

6. Polite Society Podcast
Podcast Interview
08/18/2020

7. The Truth About Guns: Supreme Court Argument After-Action Analysis
Video Panel Discussion
11/03/2021

### PRESENTATIONS AND WORKSHOPS

1. The Second Amendment After *Bruen*
   Maine Association of Criminal Defense Lawyers
   11/17/2023

2. Legal Strategy Forum
   Heritage Foundation
   10/25/2022

3. Gun Rights Policy Conference
   Second Amendment Foundation and Citizens Committee for the Right to Keep and Bear Arms
   09/19/2020

4. Gun Rights Policy Conference
   Second Amendment Foundation and Citizens Committee for the Right to Keep and Bear Arms
   09/21/2019

5. Gun Rights Policy Conference
   Second Amendment Foundation and Citizens Committee for the Right to Keep and Bear Arms
   09/22/2018

6. Firearms Law: What Every Texas Lawyer Needs to Know
   Texas Bar Association
   09/20/2018

7. Regulating Arms Under the Second Amendment and Colorado Constitution
   Colorado Bar Association
   03/21/2017

8. Gun Rights Policy Conference
   Second Amendment Foundation and Citizens Committee for the Right to Keep and Bear Arms
   09/24/2016

9. Annual National Firearms Law Seminar
   National Rifle Association
   05/20/2016