APPEAL,JD1,MJ CIV PP,NDISPO

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:24−cv−00001−GPG−STV

National Association for Gun Rights et al v. Polis
Assigned to: District Judge Gordon P Gallagher
Referred to: Magistrate Judge Scott T. Varholak
Cause: 28:1331ss − Fed. Question: Constitutionality of State Statutes

Date Filed: 01/01/2024
Jury Demand: None
Nature of Suit: 950 Constitutionality of State Statutes
Jurisdiction: Federal Question

**Plaintiff**

**National Association for Gun Rights**  represented by **Barry Kevin Arrington**
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
303−205−7870
Email: barry@arringtonpc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher James Hiestand Richardson**  represented by **Barry Kevin Arrington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Max Edwin Schlosser**  represented by **Barry Kevin Arrington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Mark Howard**  represented by **Barry Kevin Arrington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rocky Mountain Gun Owners**  represented by **Barry Kevin Arrington**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jared S. Polis**
*in his official capacity as Governor of the State of Colorado*
represented by **Kathleen L. Spalding**
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720−508−6000
Fax: 720−508−6032
Email: kit.spalding@coag.gov
*ATTORNEY TO BE NOTICED*

**Michael T. Kotlarczyk**
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720−508−6187
Fax: 720−508−6041

Email: mike.kotlarczyk@coag.gov
*ATTORNEY TO BE NOTICED*

**Patrick L. Sayas**
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720–508–6000
Fax: 720–508–6032
Email: pat.sayas@coag.gov
*ATTORNEY TO BE NOTICED*

**Samuel Perry Wolter**
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
314–803–5509
Email: samuel.wolter@coag.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2024 | 32 | NOTICE OF APPEAL as to 29 Order on Motion for Preliminary Injunction by Plaintiffs John Mark Howard, National Association for Gun Rights, Christopher James Hiestand Richardson, Rocky Mountain Gun Owners, Max Edwin Schlosser (Filing fee $ 605, Receipt Number ACODC–9689170) (Arrington, Barry) (Entered: 05/16/2024) |
| 05/08/2024 | 31 | COURTROOM MINUTES for Telephonic Status Conference held on 5/8/2024 before Magistrate Judge Scott T. Varholak. A Status Conference is set for **June 5, 2024, at 11:15 a.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. FTR: A402. (jtorr, ) (Entered: 05/08/2024) |
| 05/03/2024 | 30 | MINUTE ORDER This matter is before the Court upon review of the Docket. A Status Conference is set for 5/8/2024 09:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Telephonic appearances will be permitted, and may be made by calling 571–353–2301 at the scheduled time and utilizing Meeting ID: 252821415#. SO ORDERED, by Magistrate Judge Scott T. Varholak on 5/3/2024. Text Only Entry (stvlc4, ) (Entered: 05/03/2024) |
| 05/02/2024 | 29 | ORDER denying 8 Motion for Temporary Injunction. By District Judge Gordon P Gallagher on 5/2/2024.(schap, ) (Entered: 05/02/2024) |
| 04/12/2024 | 28 | TRANSCRIPT of Motion Hearing held on 3/14/24 before Judge Gallagher. Pages: 1–175.<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (evale, ) (Entered: 04/12/2024) |
| 03/14/2024 | 27 | MINUTE ENTRY for Motion Hearing proceedings held before District Judge Gordon P Gallagher on 3/14/2024, re 8 MOTION for Preliminary Injunction filed by Christopher James Hiestand Richardson, Rocky Mountain Gun Owners, National Association for Gun Rights, John Mark Howard, Max Edwin Schlosser. Taking under advisement 8 Motion for Preliminary Injunction. Court Reporter: Erin Valenti. (babia) (Entered: 03/14/2024) |
| 03/08/2024 | 26 | REPLY to Response to 8 MOTION for Preliminary Injunction filed by Plaintiffs John Mark Howard, National Association for Gun Rights, Christopher James Hiestand Richardson, Rocky Mountain Gun Owners, Max Edwin Schlosser. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Greenlee Declaration)(Arrington, Barry) (Entered: 03/08/2024) |
| 03/07/2024 | 25 | MINUTE ENTRY for Status Conference proceeding held before District Judge Gordon P Gallagher on 3/7/2024 authorizing all witnesses to appear remotely by VTC, counsel shall appear in person in Courtroom C202 in the Byron Rogers Building in Denver, CO and the hearing set on Monday March 18, 2024, is VACATED. Court Reporter: Erin Valenti. (dclem) (Entered: 03/07/2024) |
| 03/07/2024 | 24 | ORDER setting Video Status Conference set for 3/7/2024 at 10:00 AM in Room 323 (Grand Junction) before District Judge Gordon P Gallagher. Parties are to contact Courtroom Deputy Donald Clement at doanld_clement@cod.uscourts.gov for further assistance with the VTC log in instructions. by District Judge Gordon P Gallagher on 03/07/2024. Text Only Entry (dclem) (Entered: 03/07/2024) |
| 02/28/2024 | 23 | RESPONSE to 8 MOTION for Preliminary Injunction filed by Defendant Jared S. Polis. (Attachments: # 1 Appendix)(Kotlarczyk, Michael) (Entered: 02/28/2024) |
| 02/27/2024 | 22 | NOTICE of Entry of Appearance by Samuel Perry Wolter on behalf of Jared S. PolisAttorney Samuel Perry Wolter added to party Jared S. Polis(pty:dft) (Wolter, Samuel) (Entered: 02/27/2024) |
| 02/15/2024 | 21 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs John Mark Howard, National Association for Gun Rights, Christopher James Hiestand Richardson, Rocky Mountain Gun Owners, Max Edwin Schlosser All parties do not consent.. (Arrington, Barry) (Entered: 02/15/2024) |
| 02/09/2024 | 20 | MINUTE ENTRY for Scheduling Conference proceeding held before District Judge Gordon P Gallagher on 2/9/2024 setting in person Preliminary Injunction Motion Hearing for 3/14/2024 at 8:00 AM to 5:00 PM in Courtroom C202 (Denver), 3/15/2024 at 8:00 AM to 5:00 PM in Courtroom C202 (Denver) and Video Preliminary Injunction Motion Hearing for Expert Testimony for 3/18/2024 at 8:00 AM to 5:00 PM in Room 323 (Grand Junction). O Court Reporter: Erin Valenti. (dclem) (Entered: 02/09/2024) |
| 02/05/2024 | 19 | NOTICE of Entry of Appearance by Michael T. Kotlarczyk on behalf of Jared S. PolisAttorney Michael T. Kotlarczyk added to party Jared S. Polis(pty:dft) (Kotlarczyk, Michael) (Entered: 02/05/2024) |
| 01/29/2024 | 18 | ORDER: VTC Scheduling Conference set for 2/9/2024 at 1:15 PM in Room 323 (Grand Junction) before District Judge Gordon P Gallagher. For VTC log–in questions, email Donald_Clement@cod.uscourts.gov. The conference which had been set for 2/8/20204 is hereby VACATED. By District Judge Gordon P Gallagher on January 29, 2024. Text Only Entry (gpglc3, ) (Entered: 01/29/2024) |
| 01/25/2024 | 17 | ORDER granting 16 Unopposed MOTION to Vacate January 30, 2024 Status Conference: Conference is VACATED. In–person Scheduling Conference reset for 2/8/2024 at 8:15 AM in Byron Rogers Courtroom C202 before District Judge Gordon P Gallagher. By District Judge Gordon P Gallagher on January 25, 2024. Text Only Entry(gpglc3) (Entered: 01/25/2024) |
| 01/25/2024 | 16 | Unopposed MOTION to Vacate *January 30, 2024 Status Conference* by Defendant Jared S. Polis. (Spalding, Kathleen) (Entered: 01/25/2024) |
| 01/18/2024 | 15 | MINUTE ENTRY for Scheduling Conference proceeding held before District Judge Gordon P Gallagher on 1/18/2024. The Response deadline to complaint of March 8th, 2024, is vacated and all other scheduling dates will be reset as appropriate with parties submitting a joint scheduling brief. On or before February 28th, 2024, Defendants response to [D. 8] Motion for Preliminary Injunction is to be filed with the Court and Plaintiff's reply is due on or before March 9th, 2024. Set Video Status Conference for 1/30/2024 at 2:00 PM in Room 323 (Grand Junction). Court Reporter: Erin Valenti. (dclem, ) (Entered: 01/18/2024) |
| 01/18/2024 | 14 | NOTICE of Entry of Appearance by Patrick L. Sayas on behalf of Jared S. PolisAttorney Patrick L. Sayas added to party Jared S. Polis(pty:dft) (Sayas, Patrick) (Entered: 01/18/2024) |
| 01/18/2024 | 13 | NOTICE of Entry of Appearance by Kathleen L. Spalding on behalf of Jared S. PolisAttorney Kathleen L. Spalding added to party Jared S. Polis(pty:dft) (Spalding, |

| | | |
|---|---|---|
| | | Kathleen) (Entered: 01/18/2024) |
| 01/17/2024 | 12 | ORDER: VTC or Telephone Scheduling Conference set for 1/18/2024 at 9:00 AM in Room 323 (Grand Junction) before District Judge Gordon P Gallagher. Plaintiffs seek a temporary restraining order (TRO) and preliminary injunction (PI) precluding enforcement of Colorado Revised Statute § 18–12–111.5. As the effective date of the allegedly unconstitutional statutory section(s) is January 1, 2024, the Court sets this matter for a Scheduling Conference on January 18, 2024, at 9 a.m. NOTE: This is not a hearing for the TRO or PI Order. At this hearing, the Parties shall be prepared to discuss a briefing schedule for both the TRO and PI and be prepared to set a mutually convenient date for the preliminary injunction hearing. All parties may appear remotely for this hearing. The Parties shall contact Gallagher Chambers and specifically Donald_Clement@cod.uscourts.gov for VTC and telephone instructions. By District Judge Gordon P Gallagher on January 17, 2024. Text Only Entry (gpglc3) (Entered: 01/17/2024) |
| 01/16/2024 | 11 | ORDER REFERRING CASE to the assigned United States Magistrate Judge. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other specifically−referred motions, and (4) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. By District Judge Gordon P Gallagher on 1/16/2024. Text Only Entry. (ccuen, ) (Entered: 01/17/2024) |
| 01/16/2024 | 10 | CASE REASSIGNED pursuant to 9 Minute Order. Pursuant to Order or Memorandum. This case is randomly reassigned to District Judge Gordon P Gallagher. All future pleadings should be designated as **24−cv−00001−GPG**. (Text Only Entry) (schap, ) (Entered: 01/16/2024) |
| 01/16/2024 | 9 | MINUTE ORDER This matter is before the Court upon the filing of 8 Motion for Preliminary Injunction. The Clerk of Court is directed to reassign this matter to a District Judge. See D.C.COLO.LCivR 40.1(c)(2)(a). SO ORDERED, by Magistrate Judge Scott T. Varholak on 1/16/2024. Text Only Entry (stvlc4, ) (Entered: 01/16/2024) |
| 01/15/2024 | 8 | MOTION for Preliminary Injunction by Plaintiffs John Mark Howard, National Association for Gun Rights, Christopher James Hiestand Richardson, Rocky Mountain Gun Owners, Max Edwin Schlosser. (Attachments: # 1 Exhibit A Statute, # 2 Howard Declaration, # 3 Rhodes Declaration, # 4 Richardson Declaration, # 5 Schlosser Declaration)(Arrington, Barry) (Entered: 01/15/2024) |
| 01/08/2024 | 7 | WAIVER OF SERVICE Returned Executed by National Association for Gun Rights, John Mark Howard, Max Edwin Schlosser, Christopher James Hiestand Richardson, Rocky Mountain Gun Owners. Jared S. Polis waiver sent on 1/8/2024, answer due 3/8/2024. (Arrington, Barry) (Entered: 01/08/2024) |
| 01/05/2024 | 6 | SUMMONS issued by Clerk. (schap, ) (Entered: 01/05/2024) |
| 01/03/2024 | 5 | SUMMONS REQUEST as to Jared S. Polis by Plaintiffs John Mark Howard, National Association for Gun Rights, Christopher James Hiestand Richardson, Rocky Mountain Gun Owners, Max Edwin Schlosser. (Arrington, Barry) (Entered: 01/03/2024) |
| 01/02/2024 | 4 | ORDER Setting Deadline for Filing Election Concerning Consent/Non−Consent to Magistrate Jurisdiction Form and Setting Scheduling Conference. Consent Form due by **2/15/2024**. Joint Proposed Scheduling Order due **2/22/2024**. Scheduling Conference set for **2/29/2024 09:15 AM** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. By Magistrate Judge Scott T. Varholak on 1/2/2024. (schap, ) (Entered: 01/02/2024) |

| 01/01/2024 | 3 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (blaws) (Entered: 01/02/2024) |
|---|---|---|
| 01/01/2024 | 2 | Case assigned to Magistrate Judge Scott T. Varholak. Text Only Entry. (blaws) (Entered: 01/02/2024) |
| 01/01/2024 | 1 | COMPLAINT against Jared S. Polis (Filing fee $ 405,Receipt Number ACODC−9464734)Attorney Barry Kevin Arrington added to party John Mark Howard(pty:pla), Attorney Barry Kevin Arrington added to party National Association for Gun Rights(pty:pla), Attorney Barry Kevin Arrington added to party Christopher James Hiestand Richardson(pty:pla), Attorney Barry Kevin Arrington added to party Rocky Mountain Gun Owners(pty:pla), Attorney Barry Kevin Arrington added to party Max Edwin Schlosser(pty:pla), filed by National Association for Gun Rights, John Mark Howard, Max Edwin Schlosser, Christopher James Hiestand Richardson, Rocky Mountain Gun Owners. (Attachments: # 1 Ex. A)(Arrington, Barry) (Entered: 01/01/2024) |