IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00001-GPG-STV

NATIONAL ASSOCIATION FOR GUN RIGHTS
CHRISTOPHER JAMES HIESTAND RICHARDSON
MAX EDWIN SCHLOSSER
JOHN MARK HOWARD, and
ROCKY MOUNTAIN GUN OWNERS,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

    Patrick L. Sayas, counsel for Defendant Jared S. Polis, in his official capacity as Governor of the State of Colorado, hereby respectfully moves to withdraw as counsel of record in action. In support of this motion, Mr. Sayas states as follows:

    1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

    2. The withdrawing attorney will soon be concluding his employment with the Colorado Department of Law.

    3. The withdrawing attorney certifies that he has complied with all outstanding orders of the Court.

    4. Attorneys Kathleen Spalding, and Samuel Wolter remain active counsel for the Governor.

.

Respectfully submitted this 6th day of January, 2024,

> PHILIP J. WEISER
> Attorney General
>
> */s/ Patrick L. Sayas*
> Patrick L. Sayas, Reg. No. 29672*
> Senior Assistant Attorney General
> Kathleen L. Spalding, Reg. No. 11886*
> Senior Assistant Attorney General
> Cross-Litigation Unit | Civil Litigation Section
> Colorado Attorney General's Office
> 1300 Broadway, 10th Floor
> Denver, CO 80203
> Telephone: 720.508.6634
>           720-508-6633
>
> Email: kit.spalding@coag.gov
>
>        Pat.Sayas@coag.gov
> *Attorneys for Defendant Jared S. Polis, in his official capacity as the Governor of the State of Colorado*
> *Counsel of Record