IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00001-GPG-STV

NATIONAL ASSOCIATION FOR GUN RIGHTS
CHRISTOPHER JAMES HIESTAND RICHARDSON
MAX EDWIN SCHLOSSER
JOHN MARK HOWARD, and
ROCKY MOUNTAIN GUN OWNERS,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    Kathleen L. Spalding, counsel for Defendant Jared S. Polis, in his official capacity as Governor of the State of Colorado, and pursuant to D.C.COLO.LAttyR 5(b), hereby respectfully moves to withdraw as counsel of record in action. In support of this motion, Ms. Spalding states as follows:

    1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

    2. The withdrawing attorney will soon be concluding her employment with the Colorado Department of Law.

    3. The withdrawing attorney certifies that she has complied with all outstanding orders of the Court.

    4. Attorney Samuel Wolter remain active counsel for the Governor.

5. Notice of Senior Assistant Attorney General Kathleen L. Spalding's withdrawal has been provided to the Governor and all parties to this action.

Respectfully submitted this 22nd day of May, 2025,

    PHILIP J. WEISER
    Attorney General

    */s/ Kathleen L. Spalding*
    Kathleen L. Spalding, Reg. No. 11886*
    Senior Assistant Attorney General
    Cross-Litigation Unit | Civil Litigation Section
    Samuel Wolter, Reg. No. 59265*
    Assistant Attorney General Fellow
    State Services Section
    Colorado Attorney General's Office
    1300 Broadway, 10th Floor
    Denver, CO 80203
    Telephone: 720-508-6634
               720-508-6182
    Email: kit.spalding@coag.gov
           Samuel.Wolter@coag.gov
    *Attorneys for Defendant Jared S. Polis, in his official capacity as the Governor of the State of Colorado*
    *Counsel of Record