IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00001-GPG-STV

NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHRISTOPHER JAMES HIESTAND RICHARDSON,
MAX EDWIN SCHLOSSER
JOHN MARK HOWARD, and
ROCKY MOUNTAIN GUN OWNERS

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

---

**MOTION TO WITHDRAW**

---

    Pursuant to D.C.COLO.LAttyR 5(b), Barry K. Arrington moves to withdraw as counsel of record for Plaintiffs. In support of this motion, Mr. Arrington states:

    1.    Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Defendants before filing this motion.

    2.    Mr. Arrington has accepted a position with the United States Department of Justice and will soon be moving to the Washington, D.C. area to undertake his duties in this position.

    3.    The withdrawing attorney certifies that he has complied with all outstanding orders of the Court.

    4.    Attorney John-Paul Singh Deol remains counsel of record for Plaintiffs.

1

2

5. Notice of Barry Arrington's withdrawal has been provided to Plaintiffs and all parties to this action.

Respectfully submitted this 3rd day of March 2026.

/s/ Barry K. Arrington
_____
Barry K. Arrington
Arrington Law Firm
3948 Legacy Drive, Suite 106-312
Plano, Texas 75023
Telephone: (303) 205-7870
Email: barry@arringtonpc.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record, and on March 2, 2026, I provided notice to Plaintiffs.

/s/ Barry K. Arrington
_____
Barry K. Arrington