IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 24-cv-00001-GPG-STV

NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHRISTOPHER JAMES HIESTAND RICHARDSON,
MAX EDWIN SCHLOSSER,
JOHN MARK HOWARD, and
ROCKY MOUNTAIN GUN OWNERS,

 Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

 Defendant.

---

## MINUTE ORDER

---

This matter comes before the Court on review of the Docket in light of the Mandate from the United States Court of Appeals for the Tenth Circuit (D. 57).

The Court ORDERS the parties to meet and confer and file a joint status report within thirty (30) days. The status report should address all matters that the parties seek to bring to the Court's attention at this point to secure the just, speedy, and inexpensive determination of this proceeding but must address:

- Whether and when either party wishes to amend its pleadings.

- Whether any additional parties should be joined.

- Whether renewed briefing is necessary in view of the Tenth Circuit's decision in this case and intervening precedents referenced in its decision as potentially

1

outcome determinative (*see* D. 55 at 10 n.7) ("To be fair, the district court and the parties did not have the benefit of our recent decisions analyzing the effect of independent, unchallenged restrictions on the plaintiffs' conduct under the redressability prong of Article III standing. *See We the Patriots, Inc. v. Grisham*, 119 F.4th 1253, 1259–61 (10th Cir. 2024); *see also Rocky Mountain Gun Owners v. Polis*, 121 F.4th 96, 111 (10th Cir. 2024).").

- Whether any related challenges to the same statutes should be considered together with this action.

- Whether an additional evidentiary hearing or other hearing should be held.

DATED May 20, 2026.

BY THE COURT:

Gordon P. Gallagher
United States District Judge