**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00001-GPG-STV

NATIONAL ASSOCIATION FOR GUN RIGHTS
CHRISTOPHER JAMES HIESTAND RICHARDSON
MAX EDWIN SCHLOSSER
JOHN MARK HOWARD, and
ROCKY MOUNTAIN GUN OWNERS,

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

     Defendant.

## STIPULATED EXTENSION FOR TIME TO RESPOND

Under District of Colorado Local Civil Rule 6.1(a), the parties stipulate to an extension of Defendant's deadline to respond to the First Amended Complaint (Doc. 67).

1. Defendant's deadline to respond to the Amended Complaint is August 14, 2026.

2. Under the Local Civil Rules, the parties may agree to one 21-day extension of not more than 21 days to respond to a pleading or amended pleading. D.C.COLO.LCivR. 6.1.

3. The parties have not previously stipulated to an extension of time in this matter.

4. Accordingly, under Local Civil Rule 6.1, the parties stipulate to a 21-day extension of time for the Defendant to respond to the Amended Complaint, to and including September 4, 2026.

Respectfully submitted this 12th day of August, 2026.

PHILIP J. WEISER
Attorney General

/s/ Michael Melito
Melito Law
3625 Hopi Drive
Sedalia, Colorado 80135
719-205-1684
melito@melitolaw.com

/s/ Peter G. Baumann
**Peter G. Baumann**
Senior Assistant Attorney General
Public Officials Unit | State Services
  Section
Colorado Department of Law
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6152
Email: peter.baumann@coag.gov

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, I served a true and complete copy of the foregoing **STIPULATED EXTENSION FOR TIME TO RESPOND** upon all parties herein by e-filing with the CM/ECF system maintained by the court and the following clients via email:

National Association for Gun Rights
Christopher James Hiestand Richardson
Max Edwin Schlosser
John Mark Howard
Rocky Mountain Gun Owners

/s/ Michael Melito

Jenna Goldstein,
Chief Legal Counsel for Governor Polis

s/ Carmen Van Pelt

2